FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2023 JUN 20  A 10: 02
CLERK _____
SO. DIST. OF GA.

Michael A. Brown
_____
_____

(Enter above full name of plaintiff or plaintiffs)

v.

Chatham County Jail / Sgt. Tabor
Pvt. Bennett, Cpl. Pope, Pvt. Carter
Cpl. Renz
_____

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes _____  No __✓__

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket number: _____

   4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?         Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
         Yes _____   No ✔

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____
   _____

2. Court (name the district):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?  Yes ____ No ____

1. If your answer to C is yes, name the court and docket number for each case:

   _____  _____
   _____  _____
   _____  _____
   _____  _____

II. Place of present confinement: __Chatham County Jail__

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?  Yes ✓ No ___

C. If your answer to B is yes:

   1. What steps did you take? __explained the situation__

   2. What was the result? __Haven't received a response as of yet, but theres really nothing their willing to do__

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___   No ✓

If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: Nothing their willing to do

## III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Michael A Brown
   Address: Chatham County Jail
   1074 Carl Griffin Dr. 31406

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Chatham County Jail / Sgt. Tabor
   Position: Officer
   Place of employment: Chatham County Jail
   Current address: 1074 Carl Griffin Dr. 31406

C. Additional defendants: Pvt Bennett, Cpl. Pope, Pvt Carter, Cpl. Renz

4

## IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 5/15/2023 (3:52 pm) Sgt. Tabor had me removed from kitchen detail by Pvt. Carter pending a disciplinary report. Pvt. Carter placed me in unit 5 isolation cell at that time. On 5/16/2023 (9:25 am) the next morning Pvt. Bennett came to my cell an asked me did I want to waiver my rights to court on said disciplinary report an accept 46 days in isolation? I refused the offer. At around 9:45 am the same morning Pvt. Bennett served me Michael A Brown a disciplinary report (right after that) Cpl. Renz, Cpl. Pope an Pvt. Bennett came back to my cell an told me I was going to 2D isolation. Cpl. Renz, Pvt. Bennett an other officers I do not remember their names took me from unit 5 isolation an escorted me to 2D isolation cell 39. Cpl. Renz left with above officers but returned an made sure I didn't have any of my personal property in isolation. He took my personal property an locked it up in a box. And at that point I was locked in isolation from 5/15/2023 until 5/19/2023. On the (5/19/2023) I was let out of isolation an that is what I base my claim on I shouldn't have ever been placed in isolation.

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to make the jail compensate me for placing me in isolation en do to the officers whatever the court deem fit.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of May, 19 2023

Prisoner No. S0087539            Michael Brown
                                (Signature of Plaintiff)

6

JailATM.com – Chatham County Jail
Inmate DIN ID# 50087539
Inmate full name Michael A. Brown
925B Peachtree St. NE  Box 2062
Atlanta, Georgia  30309



United States District Court
P.O. Box 8286
    SAVANNAH GA. 31412